**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:26-cr-20022-1 MSN |
| | ) | |
| Plaintiff, | ) | Cr. No.: 25-I-22 |
| | ) | |
| vs. | ) | 18 U.S.C. § 704(b) |
| | ) | 18 U.S.C. § 1343 |
| AMANDA KATE WALKER BASS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PENALTIES

### COUNT 1
### (WIRE FRAUD)

[nmt 20 years imprisonment, nmt $250,000 fine, or both, plus nmt 3 years of supervised release; and a $100 special assessment, see 18 U.S.C. § 3013(a)].

### COUNT 2
### (FRAUDULENT USE OF MILITARY MEDALS)

[nmt 1 year imprisonment, nmt $100,000 fine, or both, plus nmt 1 year of supervised release; and a $25 special assessment, see 18 U.S.C. § 3013(a)].