# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 26-cr-20022 MSN |
| | ) | |
| AMANDA KATE WALKER BASS | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:     02/05/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Robert Thomas
_____
*Printed name of defendant's attorney*

s/Charmiane G. Claxton
_____
*Judge's signature*

CHARMIANE CLAXTON, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*