**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:26-cr-20022-1 MSN |
| | ) | |
| AMANDA KATE WALKER BASS, | ) | |
| Defendant. | ) | |

ORDER ON GUILTY PLEA

This cause came to be heard on February 5, 2026, the Assistant United States Attorney for this district, William Bateman, appearing for the Government, and the Defendant, Amanda Kate Walker Bass, appearing in person and with counsel,  Robert Thomas.

With leave of the Court, the defendant entered a plea of guilty as to Counts 1 and 2  of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

SENTENCING in this case is set THURSDAY, MAY 14, 2026 at 2:00 P.M.. in Courtroom No. 4, on the 9th floor before Judge Mark S. Norris.

Pursuant to Local Criminal Rule 32.1, the Presentence Report prepared by the United States Probation Officer shall be provided to the parties at least thirty-five (35) days prior to sentencing. Counsel for the parties shall submit any objections or requests in writing to the Probation Officer no more than fourteen (14) days after receiving the report and attempt to resolve any issues involving the report.  No more than twenty-one (21) days after receiving the report, the parties shall file their position papers on sentencing with the Court. At least 7 days before the sentencing, the Probation Officer shall submit the final report to the Court and the parties.

Defendant may remain on his present bond pending sentencing.

IT IS SO ORDERED, this the 5th day of February, 2025.


    *s/ Charmiane G. Claxton*
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE